No. 75–948. CALAWAY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–949. DRAGANESCU ET AL. *v.* FIRST NATIONAL BANK OF HOLLYWOOD. C. A. 5th Cir. Certiorari denied.

No. 75–951. NUCLEUS OF CHICAGO HOMEOWNERS ASSN. ET AL. *v.* HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–952. FLINN ET AL. *v.* FMC CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–959. SAN FRANCISCO-OAKLAND MAILERS UN-ION No. 18 ET AL. *v.* JOHNSON. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–970. MATHEWS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 75–981. McGEE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 75–990. DAVIES ET AL. *v.* CINCINNATI GAS & ELECTRIC CO. ET AL. Ct. App. Ohio, Butler County. Certiorari denied.

No. 75–1003. STARK ET AL. *v.* NATIONAL LABOR RE-LATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 75–1017. LUCAS ET AL. *v.* HOPE ET AL. C. A. 5th Cir. Certiorari denied.